UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDERICK RUTH, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-06-0782 |
| KROGER TEXAS LP, | § § § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a) and to the summary judgment opinion entered July 11, 2007, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 11the day of July, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT